JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** IRS-CI, USPS OIG

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number 24-6147-6150, 6190, 6191, 6365-6367, 6434-6437, 25-6369
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

**Defendant Information:**

**Defendant Name** Scott Kelley    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 11 Rebecca Road Pembroke, MA

**Birth date (Yr only):** 1974   **SSN (last 4#):** 6872   **Sex:** M   **Race:** W   **Nationality:** U.S.

**Defense Counsel if known:** J.W. Carney    **Address:** 20 Park Plaza, Ste 1405, Boston, MA 02116

**Bar Number:** 074760

**U.S. Attorney Information**

**AUSA:** Christine Wichers; Dustin Chao    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ **Warrant Requested**    ☐ Regular Process    ☐ In Custody

**Location Status:** Boston, MA

**Arrest Date:** August 29, 2025

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 45

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/28/2025    **Signature of AUSA:** _(signed)_

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Scott Kelley

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 U.S.C. § 1343 | Wire Fraud | 1-5 |
| Set 2: 18 U.S.C. § 1341 | Mail Fraud | 6-10 |
| Set 3: 18 U.S.C. § 1709 | Mail Theft by Postal Officer | 11-15 |
| Set 4: 18 U.S.C. § 641 | Theft of Government Money | 16 |
| Set 5: 18 U.S.C. § 1956(a)(1)(B)(i) | Money Laundering, Illegal Concealment | 17-39 |
| Set 6: 31 U.S.C. § 5324(a)(3) | Structuring to Evade Reporting Requirements | 40 |
| Set 7: 26 U.S.C. § 7206(1) | Filing False Tax Returns | 41-45 |
| Set 8: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Wire and Mail Fraud Forfeiture Allegation | |
| Set 9: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Theft of Government Money Forfeiture Allegation | |
| Set 10: 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 11: 31 U.S.C. § 5317(c)(1) | Structuring Forfeiture Allegation | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013