UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 25-cr-10355-ADB |
| ) | |
| SCOTT KELLEY, ) | |
| ) | |
| Defendant ) | |

# GOVERNMENT'S ASSENTED-TO MOTION FOR PROTECTIVE ORDER

The United States respectfully requests that the Court enter the proposed Protective Order attached hereto as Exhibit A. In support of this motion the government states as follows:

The indictment charges various offenses allegedly committed by Scott Kelley, a former Team Leader in the Boston Division of the U.S. Postal Inspection Service (USPIS), a federal law enforcement agency. The charged offenses include fraud, theft, money laundering, and structuring arising out of Mr. Kelley's alleged theft of cash from packages mailed by scam victims, as well as filing allegedly false tax returns.

To comply with its discovery obligations, the government must produce Mr. Kelley's USPIS email account, which contains more than 415,000 files, many of which include confidential law enforcement and personnel information. It would be unduly burdensome for the government to redact the personal identifying information (PII) from these voluminous records. The proposed protective order would permit the government to produce the entire email account to defense counsel in unredacted form, marking it "CONFIDENTIAL," but would require each party to redact PII from any record before including it in a public court filing.

The government has conferred with defense counsel, who assent to the relief requested in

this motion and stipulate to the attached proposed order.

          Respectfully submitted,

          LEAH B. FOLEY
          United States Attorney

          By: */s/ Christine Wichers*
              Christine Wichers
              Dustin Chao
              Assistant U.S. Attorneys

## Certificate of Service

    I certify that this document has been served on all counsel via ECF electronic filing on September 9, 2025.

          */s/ Christine Wichers*
          Christine Wichers