UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 25-cr-10355-ADB |
| SCOTT KELLEY | ) ) ) | |

**JOINT INTERIM STATUS REPORT AND REQUEST TO CANCEL HEARING**

The parties submit the following joint status report pursuant to Local Rule 116.5(a) in connection with the status conference scheduled for December 15, 2025. Should the Court conclude that the report is sufficient, the parties request that the status conference be cancelled and an interim status conference be set in 60 days.

1. **Automatic Discovery and Pending Discovery Requests**

The government has provided automatic discovery. On September 24, 2025, the government sent an external hard drive to defense counsel containing iCloud account files produced by Apple. The files were associated with three email accounts, including one that was used by the defendant when he was employed with the Boston Division of the U.S. Postal Inspection Service (USPIS). Additional discovery was provided to defense counsel on September 26, 2025. This production included two cell phone extractions, search warrant materials, financial records, and tax returns. Discovery is voluminous. The USPIS account information alone consists of more than 415,000 files. On October 15, 2025, the government sent additional discovery with the entire contents of an e-mail account. Like the prior productions, the amount of documents is substantial.

On December 5, 2025, the government sent a list of "hot docs" by Bates number to identify pertinent discovery as counsel reviews automatic discovery. The defense's review of the substantial discovery is ongoing. There are no pending discovery requests at this time.

2. **Timing of Additional Discovery Requests**

The defendant has not yet determined whether he will be filing discovery motions. The government has requested reciprocal discovery from the defendant.

3. **Protective Orders**

The government filed a motion for a protective order related to materials contained in Mr. Kelley's email account from his time as Team Leader in the Boston Division of the U.S. Postal Inspection Service. ECF No. 16. The Court endorsed the protective order. ECF No. 18. No additional protective orders are contemplated currently.

4. **Timing of Pretrial Motions**

The defendant has not yet determined if any pretrial motions under Fed. R. Crim. P. 12(b) will be filed. The defendant requests that future deadlines be set for filing of pretrial motions once he and his counsel have had sufficient time to review the discovery that has been produced as well as any additional discovery that the government provides.

5. **Timing of Expert Witness Disclosures**

The parties have not determined what experts, if any, they may call at trial. The parties request that the Court set deadlines for expert disclosures at a later date once discovery is complete.

6. **Speedy Trial Act**

The Court excluded time under the Speedy Trial Act from August 29, 2025 to October 16, 2025 pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice. The government requests that the time between October 16, 2025 and the next status conference be excluded from the calculations of the Speedy Trial Act. Exclusion of time will permit the parties additional time to review discovery materials, to evaluate the filing of pretrial motions, and to discuss a potential resolution of the matter prior to trial. Mr. Kelley assents to the government's request to exclude the time.

7. **Next Status Conference**

The parties request that a further status conference be held in approximately 60 days.

Respectfully submitted,

| | |
|---|---|
| LEAH FOLEY | SCOTT KELLEY |
| United States Attorney | Defendant |
| | |
| By: */s/ Dustin Chao* | By: */s/ Daniel J. Gaudet* |
| Christine Wichers | Daniel J. Gaudet |
| Dustin Chao | Nat Carney |
| Assistant U.S. Attorneys | Counsel for Scott Kelley |

Dated: December 10, 2025

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ Nat Carney*
Nat Carney