UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>SCOTT KELLEY )<br>) | Crim. No. 25 -cr-10355-ADB |

**DEFENDANT'S OPPOSED MOTION TO TRAVEL**

The defendant, Scott Kelley, moves this Court to enter an order permitting Mr. Kelley to travel aboard the Carnival Cruise from January 30, 2026 through February 2, 2026 out of Miami, FL. The cruise is for his wife's 50th birthday. Mr. Kelley and his spouse booked passage aboard the cruise ($564) on May 27, 2025, prior to his arrest and indictment in this matter. The government opposes Mr. Kelley's request. As grounds, Mr. Kelley asserts the following:

1. Mr. Kelley's conditions of release require, inter alia, that any travel be limited to the continental U.S. and that he surrender his passport, which he has already done.

2. The proposed travel plan does not require a passport, as the cruise departs and returns to Miami, FL. Additionally, Mr. Kelley will provide his itinerary to U.S. Probation and can increase telephonic or virtual check-ins with probation should the Court find it necessary during the cruise.

3. Mr. Kelley does not pose a flight risk. He is a lifelong resident of Massachusetts, was previously a career law enforcement officer prior to his retirement and subsequent indictment in this case, and his four children, ages 13 to 18, will continue to reside in Massachusetts in the care of a family member during the four days of his and his wife's travel.

1

4. Mr. Kelley has no prior record and has strictly abided by all conditions of his release since his arraignment in August 2025.

5. Undersigned counsel conferenced this motion prior to filing. Opposing counsel, Assistant U.S. Attorney Christine Wichers, indicated that the government opposed Mr. Kelley's request. Per A-USA Wichers, "Presumably the cost of the cruise, including expenses on board, will exceed $564. Given the amount of cash Mr. Kelley is alleged to have stolen, and the allegation that he spent some of that on cruises, the [Government] objects." E-mail Correspondence, dated January 7, 2025. A-USA Wichers asked that counsel include the basis for the government's opposition in this pleading.

6. In short, the government does not object out of fear that Mr. Kelley will flee or that his travel plan implicates any safety concern. Rather, the government's opposition stems from a desire to restrict Mr. Kelley's liberty as a form of pretrial punishment prior to any adjudication of his guilt. Fortunately, both statutory and decisional law make clear that restrictions on a pretrial defendant's liberty cannot be punitive. *See Bell v. Wolfish*, 441 U.S. 520, 538-39 (1979) (pretrial conditions or restrictions of pretrial detention are "arbitrary or purposeless" and may not be imposed based on government's punitive intent); 18 U.S.C. § 3142.

7. Rather, the Court may only subject Mr. Kelley to the least further conditions that will reasonably assure his appearance at Court and the safety of any other person and the community. 18 U.S.C. § 3142. Where the government fails to moor its objection to either of those legitimate criteria, its opposition lacks merit.

WHEREFORE, Mr. Kelley moves this Court to allow this motion and permit him to attend his wife's 50th birthday aboard the Carnival Cruise. Mr. Kelley will agree to any further condition or combination of conditions so that he may celebrate this life milestone with his spouse.

                                                SCOTT KELLEY
                                                By his attorneys,
                                                CARNEY, GAUDET & CARNEY

*Nat Carney*

Nat Carney
B.B.O. # 709020

20 Park Plaza, Suite 614
Boston, MA 02116
617-933-0350
NCarney@CARNEYdefense.com

January 8, 2026

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Nat Carney*
Nat Carney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 25-cr-10355-ADB |
| ) | |
| SCOTT KELLEY ) | |
| ) | |

**AFFIDAVIT SUPPORTING DEFENDANT'S OPPOSED MOTION TO TRAVEL**

I, Nat Carney, state that the facts contained in the attached motion are true to the best of my current information and belief.

Signed under the penalties of perjury

*Nat Carney*
Nat Carney

January 8, 2026

1