UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 25-10355-ADB |
| | ) | |
| SCOTT KELLEY, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STATUS REPORT (SECOND INTERIM)**

The parties submit the following joint status report pursuant to Local Rule 116.5(b) in connection with the status conference scheduled for today, February 6, 2026.

1. **Automatic Discovery**

The government produced automatic discovery, together with an index, on September 24, September 26, and October 15, 2025. On December 5, 2025, the government sent defense counsel a "hot docs" list, with Bates numbers, to assist with discovery review. The hot docs total 1,180 pages.

The defense's review of automatic discovery is ongoing.

2. **Timing of Motion to Compel**

Yesterday, February 5, 2026, the defense sent the government a letter request for 22 categories of additional discovery. The government responded yesterday evening in a letter in which it agreed to produce some, but not all, of the requested materials. The government requests that the Court set February 20 as the deadline for any motion to compel to be filed by the defendant, in accordance with Local Rule 116.3(g).

1

3. **Protective Orders**

The government filed a motion for a protective order related to materials contained in Mr. Kelley's email account from his time as Team Leader in the Boston Division of the U.S. Postal Inspection Service. ECF No. 16. The Court endorsed the protective order. ECF No. 18. No additional protective orders are contemplated currently.

4. **Timing of Pretrial Motions**

The defendant has not yet determined if any pretrial motions under Fed. R. Crim. P. 12(b) will be filed. The defendant requests that future deadlines be set for filing of pretrial motions once he and his counsel have had sufficient time to review the substantial discovery that has been produced as well as any additional discovery that the government provides.

The government asks that the Court set March 30, 2026, as the deadline for any Rule 12(b) motion. The defendant objects to this deadline and instead requests that the Court schedule a deadline for any Rule 12(b) motions after the defendant's motion to compel discovery is decided and, if further discovery is ordered, after such discovery has been produced.

5. **Timing of Expert Witness Disclosures**

The parties have not determined what experts, if any, they may call at trial. The parties request that the Court set deadlines for expert disclosures at a later date.

6. **Speedy Trial Act**

The Court excluded time under the Speedy Trial Act from August 29, 2025, to October 16, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice. The Court further excluded time under the Speedy Trial Act from October 16, 2025, through February 6, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) in the interests of justice. The Parties request that the Court exclude time under the Speedy Trial Act from February 6, 2026, to the date of the next

status conference in the interests of justice. Exclusion of time will permit the parties additional time to review discovery materials, to evaluate the filing of pretrial motions, and to discuss a potential resolution of the matter prior to trial.

7. **Next Status Conference**

The parties request that a further status conference be held in approximately 60 days.

Respectfully submitted,

| | |
|---|---|
| LEAH B. FOLEY<br>United States Attorney | SCOTT KELLEY<br>By his attorneys, |
| By: */s/ Christine Wichers*<br>Christine Wichers<br>Dustin Chao<br>Assistant U.S. Attorneys | */s/ Nat Carney*<br>Nat Carney<br>Daniel J. Gaudet<br>CARNEY, GAUDET & CARNEY<br>20 Park Plaza, Suite 614<br>Boston, MA 02116<br>(617) 933-0350 |

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the above date.

*Daniel J. Gaudet*
Daniel J. Gaudet