UNITED STATES OF AMERICA )

V. ) Crim. No. 25-cr-10355-ADB

SCOTT KELLEY )

## AFFIDAVIT SUPPORTING DEFENDANT'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

I, Nat Carney, state that the following information is true to the best of my information, knowledge, and belief:

1. I am an attorney in good standing and represent the defendant, Scott Kelley, in the above captioned matter.

2. The facts contained in the attached motion are true to the best of my current information, knowledge, and belief.

3. Count 16 of the indictment charges Mr. Kelley with theft of government money. Per the indictment, the government alleges Mr. Kelley stole $7,000 from the High Value Evidence Vault at USPIS Headquarters on September 24, 2021.

4. Through counsel, Mr. Kelley has noticed an alibi defense to this count, pursuant to Fed. R. Crim. P. 12.1. As detailed in the notice and upon information and belief, Mr. Kelley returned from a four-day vacation on the morning of September 24, 2021 that he went on with his wife, as well as Mark and Lea Aldoupolis. Mark Aldoupolis is a special agent for the Office of Inspector General for the U.S. Postal Service.

5. They returned to Boston on an Allegiant Air flight the departed from Sarasota, FL and landed at Logan Airport in Boston, MA on or about 10:50 AM. Mr. Kelley drove both couples to their respective homes in Pembroke, MA on the afternoon of September 24, 2021.

6. The requested records are necessary to corroborate Mr. Kelley's alibi defense and vindicate his Fifth and Sixth Amendment rights to due process.

7. I cannot effectively advise my client and provide assistance of counsel without these records being produced in advance of trial.

8. Prior to filing this motion, I spoke with Alexia Canetti, a corporate paralegal for Allegiant Air. Ms. Canetti informed me that the airline would only produce these records pursuant to a subpoena.

9. I conferred with the government prior to filing this motion and was informed that the government assents.

Signed under the penalties of perjury

*Nat Carney*
Nat Carney

April 24, 2026