UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) No. 25-cr-10355-ADB
)
SCOTT KELLEY, )
)
Defendant )

## GOVERNMENT'S MOTION REQUESTING TRIAL DATE

The United States respectfully requests that the Court schedule a jury trial in this case to begin on the earliest date possible. In support of this motion, the Government states as follows:

1. The defendant, now-retired U.S. Postal Inspector Scott Kelley, was in charge of the Mail Fraud Unit at the Boston Division of the Postal Inspection Service. In 2019-2023 he allegedly intercepted an unknown number of express mail packages containing cash sent by vulnerable victims, mostly elderly persons; he opened the packages; and he stole the cash inside. The Indictment alleges that Mr. Kelley tried to conceal his theft of the cash, which totaled more than $330,000, by using it to buy postal money orders and to pay for personal expenses, including a pool patio, escorts, and Caribbean cruises.

2. Mr. Kelley is also charged with stealing $7,000 cash from a vault at the Inspection Service offices in Boston and blaming the missing funds on an Inspector he supervised. And he is charged with filing tax returns on which he failed to report the cash he stole.

3. The government produced automatic discovery, together with an index, on September 24, September 26, and October 15, 2025. On December 5, 2025, the government sent defense counsel a "hot docs" list, with Bates numbers, to assist with discovery review. The hot

1

docs total 1,180 pages. The list, together with the speaking Indictment, are basically a roadmap to the government's case.

4.    Defense counsel have advised the government that they do not intend to file a Rule 12 motion.[1]

5.    The Indictment alleges that Mr. Kelley requested or caused to be requested the interception of approximately 1,950 express mail packages which the Postal Service suspected were sent by scam victims. Ind. ¶ 25. However, it is impossible to identify every victim who mailed cash that Mr. Kelley stole.

6.    Because Mr. Kelley allegedly targeted elderly victims, it is not surprising that many victims identified by the government have died, or are physically unable to travel to Boston, or suffer from dementia, or are mentally alert but do not recall the specifics of packages they mailed years ago.

7.    Seven victims who testified in the grand jury are identified in the Indictment as "Victim One" through "Victim Seven." Ind. ¶¶ 26-91. One has since died, at age 85. The others are elderly and/or disabled – as Mr. Kelley and his counsel know from the discovery materials. It is imperative that these victims be able to tell the jury what happened to them.

8.    Because delays in this case compromise both the prosecution and the victims' day in court, the government respectfully requests that the Court schedule trial for the soonest day available.

9.    Defense counsel have told the government that the soonest they are available to

---

[1] During a status conference on April 8, 2026, defense counsel said they were considering filing a motion to suppress a burner phone. The Court directed the parties to notify it if the defense decided not to do so.

start the trial in this case is November 16, 2026, due to their trial and vacation schedules. The government maintains that delaying the trial until November will undermine justice and victimize Mr. Kelley's alleged victims twice – first when he stole their money, and again if they are unable to tell a jury what happened to them.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court schedule the trial in this case for the soonest date available. The government also requests that the Court exclude the time from April 24, 2026, until trial.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Christine Wichers*
Christine Wichers
Dustin Chao
Assistant U.S. Attorneys

## <u>Certificate of Service</u>

I certify that this document was served on all counsel via ECF electronic filing on May 7, 2026.

*/s/ Christine Wichers*
Christine Wichers